IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS LEDET, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 2:11-CV-294-PBT ) |
| v. | ) ) [Hon. Petrese B. Tucker] |
| ASCENTIVE LLC, a Delaware limited liability company, | ) ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF DOUGLAS LEDET'S MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Douglas Ledet ("Plaintiff") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 23, for an order: (1) granting preliminary approval of the class action settlement in this matter, (2) certifying the proposed Settlement Class for settlement purposes, (3) approving the form and content of the notice to be sent to the members of the Settlement Class pursuant to the plan detailed in the Settlement Agreement, (4) appointing proposed Class Counsel and the Class Representative to represent the Settlement Class, and (5) scheduling a final fairness hearing. In support of this motion, Plaintiff relies upon his concurrently filed memorandum of law.

Dated: March 12, 2012  Respectfully submitted,

                                                     **DOUGLAS LEDET,** individually and on behalf of all others similarly situated,

                                                     By: /s/ Ari J. Scharg
                                                               One of Plaintiff's Attorneys

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
cgivens@edelson.com

David S. Senoff
CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
1500 Walnut Street, Suite 507
Philadelphia, Pennsylvania 19102
Tel: (215) 609-1350
dsenoff@cbmclaw.com

**CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, certify that, on March 12, 2012, I served the above and foregoing *Plaintiff's Motion for Preliminary Approval of Class Action Settlement*, by causing true and accurate copies of such papers to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 12th day of March, 2012.

                                                      /s/ Ari J. Scharg