IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS LEDET, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASCENTIVE LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>) Case No. 2:11-CV-294-PBT<br>)<br>)<br>)  [Hon. Petrese B. Tucker]<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNCONTESTED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, AND APPROVAL
OF ATTORNEYS' FEES AND INCENTIVE AWARD**

Plaintiff Douglas Ledet ("Plaintiff") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order (a) granting final approval of the Settlement Agreement; (b) dismissing all Released Claims with prejudice; (c) approving the negotiated attorneys' fees and incentive award; and (d) granting such other and further relief as the Court deems reasonable and just. In support of this motion, Plaintiff relies upon his concurrently filed memorandum and supporting exhibits attached thereto. Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant does not contest Plaintiff's motion.

1

Dated: October 31, 2012                     Respectfully submitted,

                                            **DOUGLAS LEDET,** individually and
                                            on behalf of all others similarly situated,


                                            By: /s/ Ari J. Scharg
                                                    One of Plaintiff's Attorneys

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
cgivens@edelson.com

David S. Senoff
Richard C. Defrancesco
CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
1500 Walnut Street, Suite 507
Philadelphia, Pennsylvania 19102
Tel: (215) 609-1350
Fax: (215) 609-1351
dsenoff@cbmclaw.com
rdefrancesco@cbmclaw.com

## CERTIFICATE OF COUNSEL

I, Ari J. Scharg, an attorney, certify that upon consultation with counsel for the Defendant, the above and foregoing *Plaintiff's Uncontested Motion for Final Approval of Class Action Settlement, and Approval of Attorneys' Fees and Incentive Award* is uncontested.

/s/ Ari J. Scharg

**CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, certify that, on October 31, 2012, I served the above and foregoing *Plaintiff's Uncontested Motion for Final Approval of Class Action Settlement, and Approval of Attorneys' Fees and Incentive Award,* by causing true and accurate copies of such papers to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 31st day of October, 2012.

                                                              /s/ Ari J. Scharg